

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC**, and The Law Office of Mcknight and Bravenec,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

## O R D E R

On October 1, 2014, this court issued an opinion dismissing this appeal because appellant failed to provide written proof that he had paid the fees for the preparation of the appellate record after the trial court entered an order sustaining the contest to appellant's affidavit of indigence, finding that the appellant is not indigent. On October 15, 2014, appellant filed a motion to reinstate or to stay the dismissal, stating that he has settled a federal court case which will provide him with the funds necessary to pay the fees. We construe appellant's motion as a motion for extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.8. The motion is GRANTED. Appellant's motion for rehearing, which must be accompanied by written proof that the fees for the preparation of the appellate record have been paid, must be filed no later than November 14, 2014. **No further extensions of time will be granted absent extenuating circumstances.**

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court